IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH NAGY et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ST. LUKE'S UNIVERSITY HOSPITAL et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 13-1588 |

## ORDER

**AND NOW**, this 3rd day of April 2014, upon consideration of Defendant St. Luke's Hospital's Motion to Dismiss (Doc. No. 4), Plaintiffs' Response to St. Luke's University Hospital or if Indeed Incorrectly Pled St. Luke Warren Hospital's Memorandum of Law and Motions and Plaintiffs' Motion to Dismiss and Counterclaim with Joinder of Causes and Parties Against Manor Care of Easton Pa LLC (Doc. No. 12), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

- Defendant St. Luke's Hospital's Motion to Dismiss (Doc. No. 4) is **GRANTED** because the Court does not have subject-matter jurisdiction over this case. Therefore, the case is dismissed as to all Defendants.
- The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

10